UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---

STONEWALL ROAD AUTOMOTIVE
GROUP, LLC a Delaware limited liability
company,

   Plaintiff,

v

KLM, LLC, an Ohio limited liability company,
and MICHAEL LEPORE,

   Defendants.

Case No. 1:23-cv-292

HON. ROBERT J. JONKER

| David E. Bevins (P48955) | Bradley K. Glazier (P35523) |
|---|---|
| RHOADES McKEE PC | Robert M. Howard (P80740) |
| Attorneys for Plaintiff | BOS & GLAZIER, |
| 55 Campau Ave. NW, Suite 300 | A division of CUNNINGHAM DALMAN, PC. |
| Grand Rapids, MI 49503 | Attorneys for Defendants |
| (616) 235-3500 | 940 Monroe Avenue, N.W., Suite 253 |
|  | Grand Rapids, Michigan 49503 |
|  | (616) 458-6814 |

## MOTION TO AMEND CASE MANAGEMENT ORDER
## (UNOPPOSED)

  Plaintiff Stonewall Road Automotive Group, LLC ("**Plaintiff**"), by counsel, moves for the entry of an Amended Case Management Order in this action, for the following reasons:

  1. The Court previously entered its Case Management Order on April 28, 2023 (ECF No. 11).

  2. Pursuant to the Case Management Order, the deadline for discovery is December 1, 2023, and dispositive motions must be filed by January 31, 2024.

  3. Since entry of the Order, the parties have worked cooperatively to finalize written discovery, but that process is still not finalized.

4494423.1

4. Plaintiff sent a subpoena to The Huntington National Bank ("Huntington") on October 20, 2023, requesting documents and records by November 17, 2023.

5. On October 27, 2023, Huntington informed Plaintiff that due to a high volume of incoming subpoenas, it likely could not deliver the requested records until December 6, 2023 — almost a week after discovery in this case is supposed to end.

6. Plaintiff sent a second subpoena to Huntington on October 27, 2023, again requesting documents and records by November 17, 2023.

7. On November 3, 2023, Huntington informed Plaintiff that due to a high volume of incoming subpoenas, it likely could not deliver the requested records until December 12, 2023 — almost two weeks after discovery in this case is supposed to end.

8. Mediation for this case is scheduled on November 16, 2023.

9. Given the upcoming holiday of Thanksgiving and Huntington's continued delay, Plaintiff will not have sufficient time to depose the parties without an extension if this matter does not settle.

10. The Case Management Order provides that it may be amended for "good cause." (ECF No. 11, PageID. 99).

11. The foregoing constitutes "good cause" to amend the deadlines for discovery and dispositive motions.

12. Plaintiff thus requests that the deadlines for discovery and dispositive motions be extended to January 19, 2024 for discovery and March 15, 2024 for dispositive motions.

13. Defendants do not oppose this motion.

14. Plaintiff does not propose any other changes to the Case Management Order, and the above adjustment will not affect the trial date.

4494423.1

WHEREFORE, Plaintiff Stonewall Road Automotive Group, LLC requests that this Court amend the Case Management Order in this matter as set forth above, together with such other relief as may be appropriate.

Dated:  November 7, 2023           RHOADES McKEE PC
                                   Attorneys for Defendant Stonewall, Inc.


                                   By:/s/ David E. Bevins
                                       David E. Bevins (P48955)
                                   Business Address:
                                       55 Campau Ave. NW, Suite 300
                                       Grand Rapids, MI 49503
                                       Telephone:  (616) 235-3500