# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

STONEWALL ROAD AUTOMOTIVE
GROUP, LLC a Delaware limited liability
company,

    Plaintiff,

v

KLM, LLC, an Ohio limited liability company,
and MICHAEL LEPORE,

    Defendants.

Case No. 1:23-cv-292

HON. ROBERT J. JONKER

| David E. Bevins (P48955)<br>RHOADES McKEE PC<br>Attorneys for Plaintiff<br>55 Campau Ave. NW, Suite 300<br>Grand Rapids, MI 49503<br>(616) 235-3500 | Bradley K. Glazier (P35523)<br>Robert M. Howard (P80740)<br>BOS & GLAZIER,<br>A division of CUNNINGHAM DALMAN, PC.<br>Attorneys for Defendants<br>940 Monroe Avenue, N.W., Suite 253<br>Grand Rapids, Michigan 49503<br>(616) 458-6814 |
|---|---|

## STIPULATION FOR DISMISSAL WITH PREJUDICE
## AND WITHOUT COSTS TO ANY PARTY

Plaintiff Stonewall Road Automotive Group, LLC ("**Plaintiff**") and Defendants KLM, LLC and Michael Lepore (collectively "**Defendants**"), pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), stipulate and agree to dismiss the above-captioned lawsuit with prejudice and without costs to any party.

/s/ David E. Bevins
David E. Bevins (P48955)
*Attorney for Plaintiff*

/s/ Bradley K. Glazier
Bradley K. Glazier (P35523)
Robert M. Howard (P80740)
*Attorneys for Defendants*